IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-CR-30153-MJR |
| ) | |
| CARLA J. PERRY, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
<u>**ACCEPTING DEFENDANT'S GUILTY PLEA**</u>

REAGAN, District Judge:

On April 14, 2008, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Perry entered a guilty plea as to the charges contained in the superseding indictment (Doc. 22).

By Report filed April 14, 2008, Judge Proud recommends that the undersigned District Judge accept Defendant Perry's guilty plea, find Defendant Perry guilty, direct the Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to Judge Proud's Report. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety Judge Proud's Report and Recommendation (Doc. 34), **ACCEPTS** Defendant Perry's guilty plea (on Counts 1, 2 and 3 of the superseding indictment), and **ADJUDGES** Perry guilty of the offenses set forth therein. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. Finally, the Court **SETS SENTENCING** for **11:00 am on July 25, 2008.**

It Is So Ordered.

Dated this 29th day of April 2008.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge